ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.  4:16cr16 |
| Edward Matish, III ) | |
| Defendant ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Verizon - Custodian of Records

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: |
|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time:   June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

Date:   5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____, who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 4:16cr16

## PROOF OF SERVICE

This summons for (name of individual and title, if any) Verizon- Custodian of Records
was received by me on (date) May 11, 2016 .

☐ I personally served the summons on the individual at (place) _____
on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
, a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is designated by law to accept service of process on behalf of (name of organization) _____
on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): served via fax to 325-949-6916

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6-2-16

Server's signature

Heather Call, Task Force Officer
Printed name and title

Newport News
Server's address

Additional information regarding attempted service, etc:

RECEIVED
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA NEWPORT NEWS, VIRGINIA
2016 JUN 10 A 8:4 2016 JUN -8 P 3:35
RECEIVED