IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:16cr16 |
| | ) | |
| EDWARD JOSEPH MATISH, III | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO SUBMIT EXPERT DECLARATION RELEVANT TO MOTION TO COMEL DISCOVERY**

Edward Matish, III, through counsel, respectfully requests that the Court accept the attached Declaration of Dr. Christopher Soghoian as evidence in support of Defendant's Motion to Compel Discovery, ECF No. 37. The government does not oppose this request.

\*   \*   \*

On May 6, 2016, the defense filed a Motion to Compel Discovery. (ECF No. 37.) This Motion asked the Court to order the government to produce all components of the NIT that the FBI used to remotely search Mr. Matish's computer. The government filed its response on May 17, 2016. (ECF No. 56.) The defense filed a timely reply on May 23, 2016. (ECF No. 60.) Various declarations and exhibits were submitted with each of these filings to establish facts relevant to the question before the Court.

On May 25, 2016, the government requested leave for additional time to file a sur-reply. (ECF No. 64.) At a motions hearing on May 26, 2016, the defense stated that it did not oppose the government's request for leave to file a sur-reply and the Court granted the government's request. On June 1, 2016, the government filed a sur-reply and two additional declarations. (ECF No. 74.)

Here, the defense does not request additional legal briefing, but does ask the Court to accept the attached declaration of Dr. Christopher Soghoian. Dr. Soghoian's declaration addresses facts raised in the government's most recent declarations. The government does not to oppose the Court's acceptance of the Soghoian Declaration. Accordingly, the defense respectfully requests that the Court accept the Soghoian Declaration as evidence in support of the pending defense Motion to Compel Discovery, ECF No. 37.

    Respectfully submitted,

    EDWARD JOSEPH MATISH, III

    By:_____/s/_____

    Andrew W. Grindrod
    VSB # 83943
    Assistant Federal Public Defender
    Attorney for Edward Joseph Matish, III
    Office of the Federal Public Defender
    150 Boush Street, Suite 403
    Norfolk, Virginia 23510
    (757) 457-0800
    (757) 457-0880 (telefax)
    andrew_grindrod@fd.org

**CERTIFICATE OF SERVICE**

  I certify that on the 10th day of June, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Kaitlin Courtney Gratton
Eric M. Hurt
United States Attorney's Office (Newport News)
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4000
Kaitlin.Gratton@usdoj.gov

Jay V Prabhu
US Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
jay.prabhu@usdoj.gov

James Richard Theuer
James R. Theuer, PLLC
555 E. Main St.
Suite 1212
Norfolk, VA 23510
(757) 446-8047
jim@theuerlaw.com

Mark Rumold
Electronic Frontier Foundation
815 Eddy St
San Francisco, CA 94109
(415) 436-9333
mark@eff.org

By:_____/s/_____

  Andrew W. Grindrod
  VSB # 83943
  Assistant Federal Public Defender
  Attorney for Edward Joseph Matish, III
  Office of the Federal Public Defender
  150 Boush Street, Suite 403
  Norfolk, Virginia 23510
  (757) 457-0800
  (757) 457-0880 (telefax)
  andrew_grindrod@fd.org