ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:16cr16 |
| Edward Matish III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: S.A. Daniel Alfin

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>600 Granby Street<br>Norfolk, Virginia 23510 | Date and Time: | May 19, 2016<br>2:30 p.m. |

You must also bring with you the following documents, electronically stored information, or objects see attachment (*blank if not applicable)*:

Date:   5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party)
_____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* S.A. Daniel Alfin

was received by me on *(date)* May 11, 2016 .

      □ I personally served the summons on the individual at *(place)*

                                           on *(date)*                       ; or

      □ I left the summons at the individual's residence or usual place of abode with *(name)*

                                     , a person of suitable age and discretion who resides there,

    on *(date)*                 , and mailed a copy to the individual's last known address; or

      □ I served the summons on *(name of individual)*                            , who is

    designated by law to accept service of process on behalf of *(name of organization)*

                                             on *(date)*                       ; or

      □ I returned the summons unexecuted because                                    ; or

      □ Other *(specify):*   I served the summons via email.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$                .

My fees are $                for travel and                for services, for a total of $            .

I declare under penalty of perjury that this information is true.

Date: May 12, 2016

                                    *Server's signature*

                         Heather Call, Task Force Officer
                                    *Printed name and title*

CLERK US DISTRICT COURT
NEWPORT NEWS, VIRGINIA

2016 JUN 10 P 3:38

                         Newport News, VA 23605
                                    *Server's address*

Additional information regarding attempted service, etc:

RECEIVED

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:16cr16 |
| Edward Matish III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: S.A. Douglas Macfarlane

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>600 Granby Street<br>Norfolk, Virginia 23510 | Date and Time: | May 19, 2016<br>2:30 p.m. |

You must also bring with you the following documents, electronically stored information, or objects see attachment (*blank if not applicable):*

Date:   5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party)

, who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* S.A. Douglas Macfarlane

was received by me on *(date)* May 11, 2016 .

       I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

       I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

       I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

       I returned the summons unexecuted because _____ ; or

       Other
*(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:16cr16 |
| Edward Matish III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  S.A. Kim Wright

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>600 Granby Street<br>Norfolk, Virginia 23510 | Date and Time: | May 19, 2016<br>2:30 p.m. |

You must also bring with you the following documents, electronically stored information, or objects see attachment (*blank if not applicable):*

Date:  5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* S.A. Kim Wright

was received by me on *(date)* May 11, 2016 .

> ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

> ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

> ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

> ☐ I returned the summons unexecuted because _____ ; or

> ☐ Other *(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered witness fees for one day's attendance, and the mileage allowed by law, in the amount of

S

My fees are S _____ for travel and _____ for services, for a total of S _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:16cr16 |
| Edward Matish III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  S. A. ~~Marshall ward~~^nc John Moughan

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>600 Granby Street<br>Norfolk, Virginia 23510 | Date and Time: | May 19, 2016<br>2:30 p.m. |

You must also bring with you the following documents, electronically stored information, or objects see attachment (*blank if not applicable):*

Date:   5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)*   ~~S.A. Marshall Ward~~ John Mayhan Jr.

was received by me on *(date)*   May 11, 2016 .

> ☐   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

> ☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

> ☐   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

> ☐   I returned the summons unexecuted because _____ ; or

> ☐   Other *(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____           _____

                                 *Server's signature*

                                 _____

                                 *Printed name and title*

                                 _____

                                 *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:16cr16 |
| Edward Matish III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: S.A. David Desy

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>600 Granby Street<br>Norfolk, Virginia 23510 | Date and Time: | May 19, 2016<br>2:30 p.m. |

You must also bring with you the following documents, electronically stored information, or objects see attachment (*blank if not applicable):*

Date:   5/6/2016

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party)

_____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.     4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)*  S.A. David Desy

was received by me on *(date)*  May 11, 2016 .

　❐　I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

　❐　I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

　❐　I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

　❐　I returned the summons unexecuted because _____ ; or

　❐　Other *(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: S.A. Daniel Alfin

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

Date: 5/6/2016

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____, who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* S.A. Daniel Alfin

was received by me on *(date)* May 11, 2016 .

⁊    I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

⁊    I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⁊    I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

⁊    I returned the summons unexecuted because _____ ; or

⁊    Other *(specify):* I served the summons via email.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and _____ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: May 12, 2016

_Server's signature_

Heather Call, Task Force Officer
_Printed name and title_

Newport News, VA
_Server's address_

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: S.A. Marshall Ward

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable):*

Date:   5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____, who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)*  S.A. Marshall Ward

was received by me on *(date)*  May 11, 2016  .

> ⸯ   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

> ⸯ   I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

> ⸯ   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*  _____

_____ on *(date)* _____ ; or

> ⸯ   I returned the summons unexecuted because _____ ; or

> ⸯ   Other
>     (specify):

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                          *Server's signature*

                                         _____
                                          *Printed name and title*

                                         _____
                                          *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: S.A. Douglas Macfarlane

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable):*

Date:    5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)*   S.A. Douglas Macfarlane

was received by me on *(date)*   May 11, 2016   .

<sup>3</sup>   ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

<sup>3</sup>   ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

<sup>3</sup>   ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

<sup>3</sup>   ☐ I returned the summons unexecuted because _____ ; or

<sup>3</sup>   ☐ Other (specify):

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____

                            *Server's signature*

                            _____

                            *Printed name and title*

                            _____

                            *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Virginia

| United States of America | ) | |
| :--- | :--- | :--- |
| v. | ) | |
| | ) | Case No.   4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: S.A. David Desy

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
| :--- | :--- | :--- |
| UNITED STATES DISTRICT COURT 2400 West Avenue, Suite 100 Newport News, Virginia 23607 | Date and Time: | June 14, 2016 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

Date:   5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* S.A. David Desy

was received by me on *(date)* May 11, 2016 .

> ˒ I personally served the summons on the individual at *(place)* _____

_____   _____ on *(date)* _____   ; or

> ˒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____   , a person of suitable age and discretion who resides there,

on *(date)* _____   , and mailed a copy to the individual's last known address; or

> ˒ I served the summons on *(name of individual)* _____   , who is

designated by law to accept service of process on behalf of *(name of organization)*   _____

_____   _____ on *(date)* _____   ; or

> ˒ I returned the summons unexecuted because _____   ; or

> ˒ Other *(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____   .

My fees are $ _____   for travel and _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____   _____

_____   *Server's signature*

_____   *Printed name and title*

_____   *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: S.A. John Maughan

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

Date: 5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party)

_____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* S.A. John Maughan

was received by me on *(date)* May 11, 2016 .

'   **I personally served the summons on the individual at** *(place)*

_____ _____ on *(date)* _____ ; or

'   **I left the summons at the individual's residence or usual place of abode with** *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

'   **I served the summons on** *(name of*
    *individual)*                                                                    , who is

**designated by law to accept service of process on behalf of** *(name of*
*organization)*

_____ _____ on *(date)* _____ ; or

'   **I returned the summons unexecuted because** _____ ; or

'   **Other**
    **(specify):**

**NOT SERVED**

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                       *Server's signature*

                                                       _____
                                                       *Printed name and title*

                                                       _____
                                                       *Server's address*

**Additional information regarding attempted service, etc:**

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: S.A. Kim Wright

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable)*:

Date:   5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)*  J.A. Kim Wright

was received by me on *(date)*  May 11, 2016 .

     I personally served the summons on the individual at *(place)* _____

_____ _____ on *(date)* _____ ; or

     I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     I returned the summons unexecuted because _____ ; or

     Other *(specify):*


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ for travel and for services, for a total of $ .


I declare under penalty of perjury that this information is true.


Date: _____          _____

                                                 *Server's signature*

                                                 *Printed name and title*

                                                   *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT 2400 West Avenue, Suite 100 Newport News, Virginia 23607 | Date and Time: | June 14, 2016 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable):*

Date:    5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party)

, who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ _____ .

☐   I personally served the summons on the individual at *(place)* _____

_____ _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ _____ on *(date)* _____ ; or

☐   I returned the summons unexecuted because _____ ; or

☐   Other *(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____

                                                        *Server's signature*

                                              _____

                                                        *Printed name and title*

                                              _____

                                                        *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

Date:   5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____, who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  4:16cr16

# PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ _____ .

'   I personally served the summons on the individual at *(place)* _____

_____ _____ on *(date)* _____ ; or

'   I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

'   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

'   I returned the summons unexecuted because _____ ; or

'   Other *(specify):*


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____ _____

                                        *Server's signature*

_____

                                        *Printed name and title*

_____

                                        *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable):*

Date:   5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    4:16cr16

# PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ _____ .

     I personally served the summons on the individual at *(place)* _____

_____ _____ on *(date)* _____ ; or

     I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ _____ on *(date)* _____ ; or

     I returned the summons unexecuted because _____ ; or

     Other *(specify):*


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ _____ for travel and _____ for services, for a total of $ .

I declare under penalty of perjury that this information is true.


Date: _____

_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

**Additional information regarding attempted service, etc:**

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable):*

Date:   5/6/2016

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party)

, who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    4:16cr16

# PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ _____ .

☐  I personally served the summons on the individual at *(place)* _____

_____ _____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                          *Server's signature*

                                      _____
                                          *Printed name and title*

                                      _____
                                          *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT 2400 West Avenue, Suite 100 Newport News, Virginia 23607 | Date and Time: | June 14, 2016 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

Date:   5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party)
, who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    4:16cr16

# PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ _____ .

>    I personally served the summons on the individual at *(place)* _____

_____ _____ on *(date)* _____ ; or

>    I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

>    I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ _____ on *(date)* _____ ; or

>    I returned the summons unexecuted because _____ ; or

>    Other *(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____    _____

                                         *Server's signature*

                                       _____

                                         *Printed name and title*

                                         _____

                                         *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable):*

Date:   5/6/2016                                    *CLERK OF COURT*

                                                   *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party)

_____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.     4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ _____ .

⁔   I personally served the summons on the individual at *(place)* _____

_____ _____ on *(date)* _____ ; or

⁔   I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⁔   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

⁔   I returned the summons unexecuted because _____ ; or

⁔   Other (specify):

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ for travel and for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable*):

Date:   5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____, who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    4:16cr16

# PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____  _____ .

    ❑   I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❑   I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❑   I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❑   I returned the summons unexecuted because _____ ; or

    ❑   Other *(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____      _____

                                          *Server's signature*

                                     _____

                                     *Printed name and title*

                                     _____

                                     *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable):*

Date:   5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    4:16cr16

# PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ _____ .

       I personally served the summons on the individual at *(place)* _____

_____ _____ on *(date)* _____ ; or

       I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

       I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ _____ on *(date)* _____ ; or

       I returned the summons unexecuted because _____ ; or

       Other
       *(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable):*

Date:  5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party)
_____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.    4:16cr16

# PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ _____ .

    ⸍    I personally served the summons on the individual at *(place)* _____

_____ _____ on *(date)* _____ ; or

    ⸍    I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ⸍    I served the summons on *(name of individual)* _____ , who is

    designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ⸍    I returned the summons unexecuted because _____ ; or

    ⸍    Other *(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                       *Server's signature*

                                       *Printed name and title*

                                       *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable):*

Date:   5/6/2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:16cr16

# PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ _____ .

⮞   I personally served the summons on the individual at *(place)* _____

_____ _____ on *(date)* _____ ; or

⮞   I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⮞   I served the summons on *(name of
individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of
organization)* _____

_____ _____ on *(date)* _____ ; or

⮞   I returned the summons unexecuted because _____ ; or

⮞   Other
*(specify):*


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____          _____

                                        *Server's signature*


                                        _____

                                        *Printed name and title*


                                        _____

                                        *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable):*

Date:    5/6/2016

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party)

, who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   4:16cr16

## PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

    I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

    I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    I returned the summons unexecuted because _____ ; or

    Other *(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered

witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____    _____

                                                   *Server's signature*

                            _____

                                                   *Printed name and title*

                            _____

                                                   *Server's address*

Additional information regarding attempted service, etc:

ORIGINAL

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   4:16cr16 |
| Edward Matish, III | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>2400 West Avenue, Suite 100<br>Newport News, Virginia 23607 | Date and Time: | June 14, 2016<br>10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (*blank if not applicable):*

Date:   5/6/2016

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____ , who requests this subpoena, are:

KAITLIN C. GRATTON, AUSA
Office of the United States Attorney
Fountain Plaza Three
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606 (757) 591-4000

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  **4:16cr16**

# PROOF OF SERVICE

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

    ⌐    I personally served the summons on the individual at *(place)* _____

_____ _____ on *(date)* _____ ; or

    ⌐    I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

    ⌐    I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ _____ on *(date)* _____ ; or

    ⌐    I returned the summons unexecuted because _____ ; or

    ⌐    Other *(specify):*


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.


Date: _____      _____

                                                 *Server's signature*


                    _____

                                           *Printed name and title*


                    _____

                                           *Server's address*

Additional information regarding attempted service, etc: