# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
*NEWPORT NEWS DIVISION*

## Tuesday, June 14, 2016

**MINUTES OF PROCEEDINGS** IN      Open Court
**PRESENT**: THE HONORABLE    Henry Coke Morgan, Jr., Senior United States District Judge
Courtroom Deputy: Lori Baxter
Law Clerk:   Megan Behrman                                                  Reporter:   Heidi Jeffreys, OCR

| Set:   12:00 p.m. | Started:   12:04 p.m. | Ended:   1:35 p.m. |
|---|---|---|
| Case No.   4:16cr16 | | |
| | | |
| UNITED STATES OF AMERICA<br><br>            v.<br><br>EDWARD JOSEPH MATISH III | | |
| | | |
| Appearances:    AUSA Kaitlin Gratton appeared for the USA; AFPD Andrew Grindrod, appeared with Defendant (on bond). | | |
| | | |
| Motion hearing held re [37] Motion to Compel Discovery by defendant.   Evidence presented.   Arguments heard.   Comments of Court.   The Court will issue a written opinion as to its findings and rulings. Defendant continued on bond.<br><br><br>Witnesses:<br>USA 1 – Daniel Alphin, FBI | | |
| | | |
| | | |